**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:23-cv-21611-CMA**

CARTER-MIDDLETON
INTERNATIONAL INC., et al.,

      Plaintiffs,

v.

FIFTH THIRD BANK, N.A.,

      Defendant.
_____/

**DEFENDANT FIFTH THIRD BANK, N.A.'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'**
**COMPLAINT**

Fifth Third Bank, N.A. ("Defendant"), by and through undersigned counsel, hereby files this Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint, stating as follows:

1. Defendant was served with the Complaint on May 2, 2023.

2. Defendant's response was due on May 23, 2023.

3. Upon being retained, counsel for Defendant worked diligently to obtain Plaintiffs' consent to an extension of time for Defendant to respond to the Complaint.

4. Counsel for Plaintiffs has indicated that they have no objection to an extension of time that permits Defendant to respond to the Complaint by June 9, 2023.

5. Defendant respectfully requests an extension of time to respond to the Complaint through and including June 9, 2023, in order for Defendant to further review the allegations in Plaintiffs' Complaint and for the parties to potentially engage in settlement negotiations.

6. This request is made in good faith and not for the purpose of delay.

7. Defendant respectfully submits that the foregoing circumstances constitute good cause and warrant granting the requested extension.

WHEREFORE, Defendant Fifth Third Bank, N.A. requests entry of an order granting it an extension of time up to and including June 9, 2023, within which to respond to the Complaint.

Respectfully submitted,

*/s/ Brandon T. Holmes, Esq.*
Brandon T. Holmes, Esq.
Florida Bar No. 1007975
**DINSMORE & SHOHL LLP**
201 North Franklin Street, Suite 3050
Tampa, FL 33602
Phone: (813) 543-9848
Primary: brandon.holmes@dinsmore.com
Secondary: eileen.garvey@dinsmore.com
Secondary: charlet.henderson@dinsmore.com
*Counsel for Defendant Fifth Third Bank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 25, 2023, a true and correct copy of this document was filed via CM/ECF, which will serve all counsel of record, including the following:

Edward A. Maura, Esq.
Ayala Law P.A.
2490 Coral Way, 4th Floor
Miami, FL 33145
*Counsel for Plaintiffs*

*/s/ Brandon T. Holmes, Esq.*
Brandon T. Holmes, Esq.
Florida Bar No. 1007975

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-21611-CMA

CARTER-MIDDLETON
INTERNATIONAL INC., et al.,

      Plaintiffs,

v.

FIFTH THIRD BANK, N.A.,

      Defendant.
_____/

**[PROPOSED] ORDER**

Pending is Defendant Fifth Third Bank, N.A.'s ("Fifth Third") Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint. For reasons appearing to this Court and for those stated in the Motion, Fifth Third's Motion is **GRANTED**. The Court **ORDERS** Fifth Third's Response to the Complaint is due to be filed on or before June 9, 2023.

The Court directs the Clerk to send a copy of this Order to all counsel of record.

**DONE and ORDERED** in Miami, Florida, on _____ , ____ 2023.

                                                      _____
                                                      Honorable Cecilia M. Altonaga.
                                                      Chief United States District Judge

cc: counsel of record