UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21611-CIV-ALTONAGA/Damian

**CARTER-MIDDLETON**
**INTERNATIONAL INC.**,

    Plaintiff,

v.

**FIFTH THIRD BANK, N.A.**,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on Defendant, Fifth Third Bank, N.A.'s Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint [ECF No. 9]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant's response to the Complaint shall be filed on or before **June 9, 2023**. **The deadlines contained in the May 8, 2023 Order [ECF No. 5] will not be extended.**

**DONE AND ORDERED** in Miami, Florida, this 25th day of May, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record